**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIGUEL ARMANDO SIERRA-JACOBO, AKA Miguel Armando Sierra,<br><br>     Petitioner,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>     Respondent. | No. 15-73340<br><br>Agency No. A073-433-960<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 13, 2018**

Before: LEAVY, FERNANDEZ, and MURGUIA, Circuit Judges.

Miguel Armando Sierra-Jacobo, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his motion to terminate and

---

 \* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 \*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

ordering his removal. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA did not have the benefit of *Sandoval v. Sessions*, 866 F.3d 986 (9th Cir. 2017), which held that the definition of "delivery" under Oregon Revised Statutes ("ORS") § 475.005 includes mere solicitation, when it held that delivery of marijuana for consideration under ORS § 475.860(2) and delivery of marijuana within 1,000 feet of a school under ORS § 475.862 were aggravated felonies. Thus, we remand for further proceedings consistent with that disposition.

**PETITION FOR REVIEW GRANTED; REMANDED.**